THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KELLY GRIGGS,

    Plaintiff,

v.

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,

    Defendant.

No.: 2:19-cv-01614-RSL

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST ALLIED PROPERTY & CASUALTY INSURANCE COMPANY WITH PREJUDICE

**NOTE ON MOTION CALENDAR:**

**December 12, 2019**

## STIPULATION

Plaintiff Kelly Griggs and Defendant Allied Property & Casualty Insurance Company ("Allied") (together, the "Parties") stipulate that the claims asserted against Allied by Plaintiff in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

IT IS SO ORDERED this 17th day of December 2019.

_____
HONORABLE ROBERT S. LASNIK

STIPULATED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST ALLIED PROPERTY & CASUALTY INSURANCE COMPANY WITH PREJUDICE

PAGE 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By  /s/Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    E-Mail: dan.bentson@bullivant.com
    Aleksander R. Schilbach, WSBA #51693
    E-mail: sascha.schilbach@bullivant.com
    1700 Seventh Ave., Ste. 1810
    Seattle, WA 98101
    206.292.8930

Attorneys for Defendant Allied Property & Casualty Insurance Company

PETERSON WAMPOLD ROSATO FELDMAN LUNA, P.S.

By  /s/ Ann H. Rosato
    Ann H. Rosato, WSBA #32888
    E-Mail: rosato@pwrfl-law.com
    Michael S. Wampold, WSBA No. 26053
    E-Mail: wampold@pwrfl-law.com
    1501 4th Ave., Suite 2800
    Seattle, WA 98101
    206.624.6800

Attorneys for Plaintiff Kelly Griggs

STIPULATED MOTION TO DISMISS PLAINTIFF'S  PAGE 2  Bullivant|Houser|Bailey PC
CLAIMS AGAINST ALLIED PROPERTY &                  1700 Seventh Avenue, Suite 1810
CASUALTY INSURANCE COMPANY WITH                   Seattle, Washington 98101-1397
PREJUDICE                                         Telephone: 206.292.8930